**Order entered February 28, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-19-01520-CV

## JOHNNY WIMBREY, ET AL., Appellants

## V.

## WORLDVENTURES MARKETING, LLC, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06212-2019**

## ORDER

Before the Court is appellee's February 26, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **April 8, 2020**.

/s/     KEN MOLBERG
        JUSTICE